# COUNTY OF ONONDAGA



**J. Ryan McMahon, II**
**County Executive**

**Robert A. Durr**
**County Attorney**

## DEPARTMENT OF LAW

John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729

March 27, 2023

*Via CM/ECF*

Hon. Daniel J. Stewart
United States Magistrate Judge
United States District Court, Northern District of New York
445 Broadway
Albany, New York 12207

Re:   *Miller-Harris v. County of Onondaga, et al.*
       United States District Court, Northern District of New York
       Civil Action No. 9:22-cv-01363-TJM-DJS

Dear Judge Stewart:

      I represent Onondaga County and the individually-named Onondaga County Sheriff's Deputies in the above-referenced matter. Earlier today, in response to the Court's Order to Show Cause (Doc. 14), I filed signed affidavits (Docs. 15-19) from each of the sheriff's deputies attesting to their waiver of any conflict of interest that might arise from my joint representation of them all in addition to my representation of Onondaga County.  Pursuant to the Court's instructions, those affidavits were filed on the CM/ECF system *ex parte*.  I respectfully request that the Court review those affidavits *in camera*.

      I spoke with your courtroom deputy a short time ago, who advised me that it is not necessary for me to submit to the Court the letters I sent my clients regarding the joint representation and their waiver of any conflict of interest since I have filed their affidavits. However, should the Court determine that it would like to review those letters, please advise me of same and I will be happy to provide them for your review.

      Thank you for your consideration of the foregoing.  Should you require anything further, please do not hesitate to contact me.

Hon. Daniel J. Stewart
March 27, 2023
Page 2

                                                    Very truly yours,

                                                    John A. Sickinger
                                                    Senior Deputy County Attorney
                                                    Bar Roll Number 513595

cc:    Sarah Wolkensdorfer, Esq. (Via CM/ECF)
        Robert Rickner, Esq. (Via CM/ECF)