UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DEOZ MILLER-HARRIS,

                Plaintiff,                Civil Action No. 9:22-cv-1363 (TJM-DJS)

      v.                                        STIPULATION OF DISMISSAL

COUNTY OF ONONDAGA, et al.,

                Defendants.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed, with prejudice, as to the ONONDAGA COUNTY SHERIFF'S OFFICE, without costs or attorney's fees to any party as against another.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: April 3, 2023                                Dated: April 4, 2023

_____        _____
JOHN A. SICKINGER, ESQ.                    SARA WOLKENSDORFER, ESQ.
Senior Deputy County Attorney              ROBERT RICKNER, ESQ.
Bar Roll No. 513595                              *Attorneys for Plaintiff*
*Attorney for Defendants*                         14 Wall Street, Suite 1603
Onondaga County Dept. of Law             New York, New York 10005
421 Montgomery Street, 10th Floor
Syracuse, New York 13202

IT IS SO ORDERED:

Date:
      Binghamton, New York                     _____
                                                      HON. THOMAS J. MCAVOY
                                                      Senior United States District Judge