# COUNTY OF ONONDAGA



**J. Ryan McMahon, II**
County Executive

**Robert A. Durr**
County Attorney

## DEPARTMENT OF LAW

John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729

April 13, 2023

*Via CM/ECF*

Hon. Daniel J. Stewart
United States Magistrate Judge
United States District Court, Northern District of New York
445 Broadway
Albany, New York 12207

Re:   *Miller-Harris v. County of Onondaga, et al.*
      United States District Court, Northern District of New York
      Civil Action No. 9:22-cv-01363-TJM-DJS

Dear Judge Stewart:

I represent Onondaga County and the individually-named Onondaga County Sheriff's Deputies in the above-referenced matter. I have conferred with counsel for the plaintiff, Sara Wolkensdorfer and Robert Rickner, regarding the selection of a mediator, and the parties have agreed that former United States Magistrate Judge Randolph Treece is the mediator we would like to retain should mediation continue to be required.  However, as I mentioned during our Rule 16 conference, the defendants have no interest in settling this matter.  We are taking a "no pay" position in this litigation, and accordingly, we ask that the Court excuse us from participating in mediation in this matter so as to spare the unnecessary expenditure of time and funds on what we believe will not be a fruitful endeavor.

Thank you for your consideration of the foregoing.  Should you require anything further, please do not hesitate to contact me.

Hon. Daniel J. Stewart
April 13, 2023
Page 2

Very truly yours,

John A. Sickinger
Senior Deputy County Attorney
Bar Roll Number 513595

cc: Sarah Wolkensdorfer, Esq. (Via CM/ECF)
Robert Rickner, Esq. (Via CM/ECF)