# COUNTY OF ONONDAGA



**J. Ryan McMahon, II**
 County Executive

**Robert A. Durr**
County Attorney

### DEPARTMENT OF LAW
**John H. Mulroy Civic Center, 10th Floor**
**421 Montgomery Street**
**Syracuse, New York 13202**
**Telephone: (315) 435-2170**
**Fax: (315) 435-5729**

January 3, 2024

*Via CM/ECF*

Hon. Daniel J. Stewart
United States Magistrate Judge
United States District Court, Northern District of New York
445 Broadway
Albany, New York 12207

Re:   *Miller-Harris v. County of Onondaga, et al.*
      United States District Court, Northern District of New York
      Civil Action No. 9:22-cv-01363-TJM-DJS

Dear Judge Stewart:

I represent Defendants Onondaga County and the individually-named Onondaga County Sheriff's Deputies in the above-referenced matter. I write to respectfully request an extension of the current deadline for mediation in this matter. Currently, mediation must be conducted by January 19, 2024 (Doc. 41). We are presently scheduled to hold our mediation with mediator Randolph Treece on January 16. However, the parties had hoped to conduct at least some party depositions prior to the mediation. Unfortunately, because of an illness that kept me out of the office for nearly three weeks and the ensuing scheduling problems that my illness has caused, we have not been able to conduct any depositions and are not scheduled to begin depositions until the week of January 22.

I have contacted Judge Treece, and he is agreeable to adjourning our mediation until February and has offered the parties some dates during that month. Accordingly, the parties respectfully request that the mediation deadline in this case be extended to March 1, 2024 so that we may conduct party depositions prior to mediation.

Thank you in advance for your consideration of this request.

Hon. Daniel J. Stewart
January 3, 2024
Page 2

Respectfully,

John A. Sickinger
Senior Deputy County Attorney
Bar Roll Number 513595

cc:     Sarah Wolkensdorfer, Esq. (Via CM/ECF)