

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**Thomas J. DeBernardis**
Associate Attorney
tdebernardis@smithsovik.com

August 12, 2024

*Syracuse | Buffalo*
*Hudson Valley | Long Island*

<u>**VIA ECF**</u>
Hon. Daniel J. Stewart
United States Magistrate Judge
U.S. District Count
Northern District of New York
445 Broadway
Albany, New York 12207

  **Re: Miller-Harris v. County of Onondaga, et al.**
    **Civil Action No. 9:22-cv-01363-TJM-DJS**

Dear Judge Stewart:

  This firm represents Onondaga County and the individually named County personnel in this matter. In accordance with the Court's Text Order issued August 2, 2024 (Docket No. 79), I write to inform the Court I have conferred with my client and can confirm the conflict waivers previously filed (Dkt. Nos. 15-19) remain valid.

  I note that the County Attorney's Office previously contacted the individually named County personnel to apprise them our firm would be substituted as counsel for both the County and each of them, respectively, and the individually named personnel consented to our firm's representation.

  Thank you for your time and attention to this matter.

            Respectfully,

            Thomas J. DeBernardis

CC: all counsel of record via ECF

{S2094093.1}

Smith Sovik Kendrick & Sugnet P.C.
www.smithsovik.com