# Rickner PLLC

Sara Wolkensdorfer | sara@ricknerpllc.com

February 14, 2025

**Via ECF**

Hon. Anthony J. Brindisi
U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

    Re:    *Miller-Harris v. The County of Onondaga et al.*, 22-cv-01363-AJB-DJS

Dear Judge Brindisi,

We represent the Plaintiff in the above-captioned matter and respectfully write in response to Defendants' Letter Brief regarding their liability expert (ECF No. 95).

Plaintiff has no objection to Defendants' request. Plaintiff simply asks that Defendants work promptly to retain a new expert so that trial in this matter is not unnecessarily delayed.

Respectfully,

  /s/

Sara Wolkensdorfer