# Rickner PLLC

Sara Wolkensdorfer | sara@ricknerpllc.com

May 5, 2025

**Via ECF**

Hon. Anthony J. Brindisi
U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

   Re: *Miller-Harris v. The County of Onondaga et al.*, 22-cv-01363-TJM-DJS

Dear Judge Brindisi,

We represent the Plaintiff in the above-captioned matter and respectfully write to provide a status update to the Court regarding discovery. *See* ECF 97.

After reviewing Defendants' amended expert report, Plaintiff has made the decision not to depose Defendants' new liability expert. As such, we are ready to move forward with the scheduling of a pretrial conference.

Due to the location of counsel's office, we respectfully request the ability to attend the pretrial conference remotely, if possible.

We thank the Court for its time and attention to this matter.

Respectfully,

 /s/

Sara Wolkensdorfer